UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

Chapter 13
Case No. 15-51027-PWB

CHRISTINA ARLEEN DAUGHERTY, **Debtor,**

WELLS FARGO BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, **Creditor,**

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for WELLS FARGO BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP**
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for WELLS FARGO BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for WELLS FARGO BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

                BARRETT DAFFIN FRAPPIER
                LEVINE & BLOCK, LLP

BY: /s/ ABBEY M. ULSH          12/21/2015
     ABBEY M. ULSH
     GA NO. 113608
     15000 SURVEYOR BLVD. SUITE 100
     ADDISON, TX 75001
     Telephone: (972) 341-0500
     Facsimile: (972) 661-7725
     E-mail: GA.ND.ECF@BDFGROUP.COM
     ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ ABBEY M. ULSH                            12/21/2015
ABBEY M. ULSH
GA NO. 113608
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
CHRISTINA ARLEEN DAUGHERTY
1095 RANKIN ST. #1
STONE MOUNTAIN, GA  30083

CHRISTINA ARLEEN DAUGHERTY
12165 BLUEJAY TERRACE
ALPHARETTA, GA  30009-3667

**DEBTOR'S ATTORNEY:**
CARSON R. WALDEN
SUITE 757
315 W. PONCE DE LEON AVENUE
DECATUR, GA  30033

**TRUSTEE:**
MARY IDA TOWNSON
191 PEACHTREE STREET NE
SUITE 2200
ATLANTA, GA  30303-1740